COX, WOOTTON, LERNER, GRIFFIN & HANSEN LLP

NORMAND R. LEZY 6297
  E-Mail: nlezy@cwlfirm.com
MICHAEL J. NAKANO 6940
  E-Mail: mnakano@cwlfirm.com
SHAWN L. M. BENTON 8332
  E-Mail: sbenton@cwlfirm.com
Davies Pacific Center, Suite 1099
841 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 744-7020
Facsimile: (808) 354-0427

Attorneys for Limitation Plaintiff
ATLANTIS SUBMARINES HAWAII, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In the Matter of<br><br>The Complaint of ATLANTIS SUBMARINES HAWAII, LLC as owner of the Motor Vessel named M/V <u>DISCOVERY</u>, O.N. 993947, for Exoneration from or Limitation of Liability. | CIVIL NO.<br>(Admiralty)<br><br>**COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY; AFFIDAVIT OF MARK KNUTSON ATTESTING TO THE FAIR MARKET VALUE OF M/V <u>DISCOVERY</u>, O.N. 993947; EXHIBIT A** |

**COMPLAINT FOR EXONERATION FROM
OR LIMITATION OF LIABILITY**

Limitation Plaintiff ATLANTIS SUBMARINES HAWAII, LLC, as owner *pro hac vice* of M/V <u>DISCOVERY</u>, O.N. 993947, alleges as follows:

1. This is an action for exoneration from or limitation of liability

pursuant to 46 U.S.C. §§30501, et seq., an admiralty and maritime claim within the meaning of Rule F of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure, and within the admiralty and maritime jurisdiction of the Court pursuant to 28 U.S.C. §1333 and Rule 9(h) of the Federal Rules of Civil Procedure.

2. Limitation Plaintiff ATLANTIS SUBMARINES HAWAII, LLC is a Delaware limited liability company.

3. Limitation Plaintiff ATLANTIS SUBMARINES HAWAII, LLC was on or about November 11, 2019, and is presently, owner *pro hac vice* and operator of M/V DISCOVERY, O.N. 993947, within the meaning of 46 U.S.C. §§30501, et seq.

4. Limitation Plaintiff ATLANTIS SUBMARINES HAWAII, LLC has been in exclusive possession of and has had exclusive control over M/V DISCOVERY, O.N. 993947, since August 1, 1995, and has been solely responsible for equipping, fueling, supplying, provisioning, repairing, maintaining, victualing, manning, navigating, and operating M/V DISCOVERY, O.N. 993947, since that date and at all material times hereto.

5. At all times material herein, the home port of M/V DISCOVERY, O.N. 993947, was Honolulu, Hawaii, which is within the jurisdiction of this Court.

6. At all times material herein, M/V DISCOVERY, O.N. 993947,

was a vessel in the passenger excursion trade, 76 feet in length, and documented by the U.S. Coast Guard.

7. Limitation Plaintiff ATLANTIS SUBMARINES HAWAII, LLC had at all times material herein exercised due diligence to make M/V <u>DISCOVERY</u>, O.N. 993947, seaworthy in all respects, and the vessel was, at all times material herein, staunch, tight, and strong, fully, and properly manned, equipped, supplied, and navigated, and was in all respects seaworthy and fit for the service in which the vessel was engaged.

8. On or about November 11, 2019, M/V <u>DISCOVERY</u>, O.N. 993947, was on a passenger excursion voyage in Honolulu, Hawaii, operated by Limitation Plaintiff ATLANTIS SUBMARINES HAWAII, LLC.

9. ANDREW KINGMAN alleges that while employed by Limitation Plaintiff ATLANTIS SUBMARINES HAWAII, LLC as a U.S. Coast Guard licensed Master and working aboard M/V <u>DISCOVERY</u>, O.N. 993947, in that capacity on or about November 11, 2019, he was injured while making repairs to M/V <u>DISCOVERY</u>, O.N. 993947 ("Accident").

10. On May 11, 2021, ANDREW KINGMAN filed a personal injury action in connection with the Accident in the Circuit Court of the First Circuit, State of Hawaii, styled as *Andrew Kingman, Individually v. Atlantis Submarines Hawaii, LLC, et al.*, Civil No. 1CCV-20-0001561 (JMT).

11. The Accident and any injuries, damages, and/or losses resulting

therefrom, or otherwise arising out of the aforementioned voyage, were neither caused nor contributed to, by any fault, negligence, or neglect on the part of Limitation Plaintiff ATLANTIS SUBMARINES HAWAII, LLC nor anyone for whose acts Limitation Plaintiff ATLANTIS SUBMARINES HAWAII, LLC are or may be responsible.

12. The Accident and any injuries, damages or losses resulting therefrom, or otherwise arising out of the aforementioned voyage, were occasioned and incurred without the privity or knowledge of Limitation Plaintiff ATLANTIS SUBMARINES HAWAII, LLC or anyone whose privity or knowledge is or may be imputable to Limitation Plaintiff ATLANTIS SUBMARINES HAWAII, LLC.

13. M/V DISCOVERY, O.N. 993947, was not damaged, lost, or abandoned as the result of the Accident. M/V DISCOVERY, O.N. 993947, remains in the possession of Limitation Plaintiff ATLANTIS SUBMARINES HAWAII, LLC.

14. As set forth in the Affidavit of Mark Knutson Attesting to the Fair Market Value of M/V DISCOVERY, O.N. 993947, the value of the interest of Limitation Plaintiff ATLANTIS SUBMARINES HAWAII, LLC in M/V DISCOVERY, O.N. 993947, at the end of the voyage on or about November 11, 2019, was SEVEN HUNDRED AND FIFTY THOUSAND AND NO/00 DOLLARS ($750,000.00).

15. There was no freight aboard M/V DISCOVERY, O.N. 993947,

nor was any freight earned or pending at the end of the voyage on or about November 11, 2019.

16. There are no liens, claims, or demands upon M/V DISCOVERY, O.N. 993947, prior to or paramount to those which may have occurred by reason of the matter herein described.

17. Therefore, the total value of the interest of Limitation Plaintiff ATLANTIS SUBMARINES HAWAII, LLC in M/V DISCOVERY, O.N. 993947, at the end of the voyage on or about November 11, 2019, did not exceed SEVEN HUNDRED AND FIFTY THOUSAND AND NO/00 DOLLARS ($750,000.00). That value is, or may be, less than the amount(s) of the claim(s) that Limitation Plaintiff ATLANTIS SUBMARINES HAWAII, LLC anticipates will be asserted in connection with the Accident.

18. Limitation Plaintiff ATLANTIS SUBMARINES HAWAII, LLC alleges, on information and belief, that the Accident, and any and all injuries or damages resulting therefrom, were solely and proximately caused by the fault and/or neglect of others.

19. Limitation Plaintiff ATLANTIS SUBMARINES HAWAII, LLC alleges, on information and belief, that any claimants were themselves negligent in and about the matters alleged in any related claims or actions, and that said negligence contributed directly and proximately to the occurrence of the Accident and injuries and/or damages, if any, that may be alleged.

20. Limitation Plaintiff ATLANTIS SUBMARINES HAWAII, LLC alleges that it has a valid, absolute defense to any and all alleged liability arising out of the Accident, on facts and under maritime and admiralty law.

21. Limitation Plaintiff ATLANTIS SUBMARINES HAWAII, LLC is informed and believes that no arrest, attachment, or complaint has been filed against M/V <u>DISCOVERY</u>, O.N. 993947.

22. Limitation Plaintiff ATLANTIS SUBMARINES HAWAII, LLC is informed and believes that, at the present time, no suits or actions, other than the action identified above, have been commenced against it for personal injuries or other damages arising out of the Accident.

23. Limitation Plaintiff ATLANTIS SUBMARINES HAWAII, LLC does not know whether other claims may be made and/or that suits or actions may be commenced against it by persons or entities claiming to have sustained injuries or damages as a result of the Accident or the potential amount of any such claim(s).

24. Six months have not elapsed since Limitation Plaintiff ATLANTIS SUBMARINES HAWAII, LLC received any written notice of any claim allegedly arising from the Accident.

25. Limitation Plaintiff ATLANTIS SUBMARINES HAWAII, LLC hereby claims the benefit of exoneration from or limitation of liability provided for under 46 U.S.C. §§30501, et seq., Rule F of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil

Procedure, inclusive, and all acts amendatory and supplementary, whether named herein or not. Limitation Plaintiff ATLANTIS SUBMARINES HAWAII, LLC also claims the benefit of all statutes and acts of the Congress of the United States, whether named herein or not, granting or providing for exoneration from or limitation of liability to vessel owners.

26. Limitation Plaintiff ATLANTIS SUBMARINES HAWAII, LLC alleges that it should be exonerated from liability arising from the Accident and, if not exonerated, that any liability arising from the Accident be limited to the value of its interest in M/V <u>DISCOVERY</u>, O.N. 993947, at the end of the voyage on or about November 11, 2019.

27. Limitation Plaintiff ATLANTIS SUBMARINES HAWAII, LLC will file an *ad interim* stipulation of value, with sufficient surety, in the amount of SEVEN HUNDRED AND FIFTY THOUSAND AND NO/00 DOLLARS ($750,000.00), the value of its interest in M/V <u>DISCOVERY</u>, O.N. 993947, at the end of the voyage on or about November 11, 2019, together with interest at the rate required by Rule F(1) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure.

28. All and singular, the premises of this Complaint are true and correct and within the admiralty and maritime jurisdiction of the United States and of this Honorable Court.

WHEREFORE, Limitation Plaintiff ATLANTIS SUBMARINES

HAWAII, LLC prays:

    1.    That this Court accept the Affidavit of Mark Knutson Attesting to the Fair Market Value of M/V <u>DISCOVERY</u>, O.N. 993947, attached hereto, attesting to the fair market value of Limitation Plaintiff ATLANTIS SUBMARINES HAWAII, LLC's *pro hac vice* ownership interest in M/V <u>DISCOVERY</u>, O.N. 993947, at the end the voyage in which the vessel was engaged on or about November 11, 2019, at the time of the Accident.

    2.    That this Court enter an order to all persons, concerns, or firms making a claim for any injuries, damages, and/or losses resulting from the Accident, or otherwise arising out of the related voyage, or otherwise asserting any claim with respect to which Limitation Plaintiff ATLANTIS SUBMARINES HAWAII, LLC is entitled to seek exoneration from, or limitation of liability herein, admonishing them to appear and file their respective claim(s) with the Clerk of this Court and to serve on or mail copies thereof to the attorneys for Limitation Plaintiff ATLANTIS SUBMARINES HAWAII, LLC herein named, on or before the date to be specified in the motion seeking issuance of said order, and to make due proof of their respective claims, and further to file their respective answer(s), if any, to the allegations of this Complaint on or before the date to be specified in said motion, all as provided by law and by the Federal Rules of Civil Procedure as made applicable to admiralty and maritime cases;

    3.    That notice of said order, in the form and manner prescribed by

Rule F(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure as made applicable to admiralty and maritime cases, be published in such newspaper(s) as the Court may direct or as may otherwise be specified by the Rules of this Court for legal publication once a week for at least four (4) consecutive weeks prior to the date specified in said order for the filing of claims herein;

    4. That this Court issue an injunction restraining the further prosecution of any and all suits, actions, and/or proceedings, which may have already commenced against Limitation Plaintiff ATLANTIS SUBMARINES HAWAII, LLC and/or their agents, servants, and/or employees in any Court whatsoever and/or to recover damages for any and all injuries, damages, and/or losses resulting from the Accident, or otherwise arising out of the related voyage, and restraining the commencement or prosecution thereafter of any suit, action, or legal proceeding against Limitation Plaintiff ATLANTIS SUBMARINES HAWAII, LLC their agents, servants, and/or employees and/or M/V <u>DISCOVERY</u>, O.N. 993947, with respect to any claim(s) resulting from the Accident, or otherwise arising out of the aforementioned voyage, or otherwise subject to limitation in these proceedings;

    5. That the Court in this proceeding adjudge that Limitation Plaintiff ATLANTIS SUBMARINES HAWAII, LLC is not liable to any extent for any injuries, damages, and/or losses resulting from the Accident, or otherwise arising

9

out of the related voyage, or if Limitation Plaintiff ATLANTIS SUBMARINES HAWAII, LLC shall be adjudged liable in any respect, then that its liability be limited to value of its ownership interest in M/V <u>DISCOVERY</u>, O.N. 993947, at the end the voyage in which the vessel was engaged on or about November 11, 2019, at the time of the Accident, and that a decree may thereupon be entered discharging Limitation Plaintiff ATLANTIS SUBMARINES HAWAII, LLC; and

6. That Limitation Plaintiff ATLANTIS SUBMARINES HAWAII, LLC be granted such other and further relief as this Court deems just and proper.

DATED: Honolulu, Hawaii, November 10, 2021.

<u>/s/ Normand R. Lezy</u>
NORMAND R. LEZY
MICHAEL J. NAKANO
SHAWN L.M. BENTON
Attorneys for Limitation Plaintiff
ATLANTIS SUBMARINES HAWAII, LLC